## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| **v.** | §   **CRIMINAL NO. 6:14CR012** |
| | § |
| **CHRISTOPHER MICHAEL WHITE (3)** | § |
| | § |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on September 17, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Jay Combs.

On December 17, 2014, Defendant was sentenced by the Honorable Leonard E. Davis, United States District Judge, to a sentence of sixty (60) months imprisonment followed by a four (4) year term of supervised release for the violation of 21 U.S.C. § 846, Conspiracy to Possess with the Intent to Distribute and Distribution of Methamphetamine. Defendant's supervision commenced on May 4, 2018.

On June 27, 2018, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 152). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; and (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. *See* Dkt. 152.

The Petition asserts Defendant violated these conditions because: (1) On June 16, 2018, Defendant was arrested for Possession of a Controlled Substance (methamphetamine) >=1g <4grams, by a trooper with the Texas Department of Public Safety in Gregg County, Texas; and (2) Defendant submitted a urine specimen on June 11, 2018, which tested positive for methamphetamine.

At the hearing on September 17, 2020, Defendant entered a plea of true to violation of allegations one and two. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, having considered the arguments presented at the September 15, 2020 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with no supervised release to follow. The Court further recommends Defendant be placed in the custody of FCI Texarkana, if appropriate.

**So ORDERED and SIGNED this 17th day of September, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE