UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:14-cr-0012-3

**United States of America,**
*Plaintiff,*

v.

**Christopher Michael White,**
*Defendant.*

### ORDER

This criminal action was referred to United States Magistrate Judge Kimberly C. Priest Johnson pursuant to 28 U.S.C. § 636(b)(3). Judge Johnson held a final revocation hearing on September 17, 2020, and issued a report and recommendation as to the disposition of this matter. Doc. 186. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 188.

The court reviewed the report and is satisfied that it contains no clear error. Accordingly, the court **adopts** the magistrate judge's recommendation. Defendant Christopher Michael White is sentenced to a period of 18 months of imprisonment with no supervised release to follow. The court further **recommends** that defendant serve his sentence at FCI Texarkana, if available.

*So ordered by the court on September 28, 2020.*

J. CAMPBELL BARKER
United States District Judge

1